UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-05673-CBM-BFM | Date | March 13, 2026 |
|---|---|---|---|

| Title | *Steven Godbier et al v. Airworks Solutions, Inc. et al* |
|---|---|

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**    **IN CHAMBERS- ORDER RE: NOTICE OF SETTLEMENT AND STIPULATED REQUEST TO VACATE HEARING DATES**

The matter before the Court is the parties' "Notice of Settlement and Stipulated Request to Vacate Hearing Dates." (Dkt. No. 12 (the "Notice").)

On August 13, 2025, the parties filed the instant Notice, informing the Court that the parties had reached a settlement in the action and pursuant to the Settlement Agreement, anticipated full and final payment to be made by February 15, 2026. (Notice at 1-2.) The parties then stipulated to vacate the August 26, 2025 hearing on Defendants' Motion to Dismiss (Dkt. No. 10) and requested the Court set the initial case management conference for April 2026, to allow time to fulfill the terms of the settlement and file a dismissal. (*Id.* at 2.)

Pursuant to the Notice, the Court vacated the August 26, 2025 hearing date, set the initial case management conference for April 14, 2026, and ordered Plaintiff to file a dismissal upon receipt of the final and full payment on February 15, 2026. (Dkt. No. 13.)

Plaintiff failed to file a dismissal of the action. Therefore, on March 3, 2026, the Court issued its order to show cause as to why the action should not be dismissed with prejudice for failure to comply with the Court's order, to be filed no later than March 10, 2026. (Dkt. No. 14.) As of the date of this Order, the parties have not responded to the Court's March 3, 2026 Order. Accordingly, the matter is hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

00    :

CV-90 (12/02)                    **CIVIL MINUTES - GENERAL**                    Initials of Deputy Clerk    VRV